UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PERETZ GURWITZ, individually and on
behalf of all others similarly situated consumers,

                              Plaintiff,        STIPULATION OF DISMISSAL
                                                           18-cv-01148

      -against-

R.A. ROGERS, INC.,

                              Defendants.
-----------------------------------------------------------x

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against R.A. ROGERS, INC., with prejudice and without costs to any party.

Dated: July 5, 2018

| PERETZ GURWITZ | R.A. ROGERS, INC. |
|---|---|
| /s/ David Palace | [signature] |
| DAVID PALACE, ESQ. | ARTHUR SANDERS, ESQ. |
| LAW OFFICES OF DAVID PALACE | BARRON & NEWBURGER, P.C. |
| 383 Kingston Avenue #113 | 30 South Main Street |
| Brooklyn, NY 11213 | New City, NY 10956 |
| Phone: (347) 651-1077 | Phone: (845) 499-2990 |
| davidpalaceesq@gmail.com | asanders@bn-lawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

                                                             So Ordered

                                                      s/I. Leo Glasser

                                                   7/6/18